```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 02064
   LARRY SMITH
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
  SSN XXX-XX-7862


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/07/2007 and was not confirmed.

     The case was dismissed without confirmation 08/01/2007.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
ACC CONSUMER FINANCE L    SECURED VEHIC    13207.37            .00          600.00
CAROLYN CARR              NOTICE ONLY     NOT FILED            .00             .00
DORIS FARR                NOTICE ONLY     NOT FILED            .00             .00
IL DEPT OF HEALTHCARE &   DSO ARREARS      14637.90            .00             .00
IL DEPT OF HEALTHCARE &   DSO ARREARS      13451.38            .00             .00
INTERNAL REVENUE SERVICE  PRIORITY          5721.48            .00             .00
ECAST SETTLEMENT CORP     UNSECURED          809.54            .00             .00
FIRST BANK OF DELWARE     UNSECURED       NOT FILED            .00             .00
HARVARD COLLECTION SERVI  UNSECURED       NOT FILED            .00             .00
INTERNAL REVENUE SERVICE  UNSECURED         6279.85            .00             .00
GALWAY FINANCIAL SVC LLC  UNSECURED          187.00            .00             .00
IL DEPT OF HEALTHCARE &   UNSECURED         9575.99            .00             .00
DORIS FARR                DSO ARREARS          .00             .00             .00
CAROLYN CARR              NOTICE ONLY     NOT FILED            .00             .00
IL DEPT OF HEALTHCARE &   DSO ARREARS     NOT FILED            .00             .00
IL DEPT OF HEALTHCARE &   UNSECURED       NOT FILED            .00             .00
IL DEPT OF HEALTHCARE &   DSO ARREARS     NOT FILED            .00             .00
DORIS FARR                NOTICE ONLY     NOT FILED            .00             .00
ILLINOIS DEPT OF REVENUE  UNSECURED           .00              .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      2,493.00                       1,741.52
TOM VAUGHN                TRUSTEE                                           169.53
DEBTOR REFUND             REFUND                                               .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   2,511.05

PRIORITY                                             .00
SECURED                                           600.00
UNSECURED                                            .00
ADMINISTRATIVE                                  1,741.52
TRUSTEE COMPENSATION                              169.53
DEBTOR REFUND                                        .00
```

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 02064 LARRY SMITH

```
                                ---------------      ---------------
TOTALS                                 2,511.05             2,511.05
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
Dated: 12/03/07               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                          PAGE   2
        CASE NO. 07 B 02064 LARRY SMITH